UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

|  |  |  |
|---|---|---|
| CYNTHIA FARROW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 4:12-CV-11-FL |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss, and the Memorandum and Recommendation of the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 16, 2012, and for the reasons set forth more specifically within the memorandum and recommendation, that defendant's motion to dismiss is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on October 16, 2012, and Copies To:**
Brian M. Ricci (via CM/ECF Notice of Electronic Filing)
Kathleen C. Buckner (via CM/ECF Notice of Electronic Filing)


October 16, 2012          JULIE A. RICHARDS, CLERK
                           /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk